# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

U.S.A. Petroleum Corporation     )
                               )
         Plaintiff,          )      **ORDER RE ADMISSION**
                               )      **PRO HAC VICE**
     vs.                    )
                               )
Tidal Energy Marketing (U.S.) L.L.C.   )
                               )      Case No. 1:16-cv-267
         Defendants.      )

Before the court is a motion for attorney Mark S. Finkelstein to appear *pro hac vice* on Tidal Energy Marketing (U.S.) L.L.C.'s behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Mark S. Finkelstein has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Finkelstein has also paid the required admission fees to the office of the Clerk.  Accordingly, Tidal Energy Marketing (U.S.) L.L.C.'s motion (Docket No. 19) is **GRANTED**.  Attorney Finkelstein is admitted to practice before this court in the above-entitled action on behalf of Tidal Energy Marketing (U.S.) L.L.C.

     **IT IS SO ORDERED.**

     Dated this 10th day of August, 2016.


                                      */s/ Charles S. Miller, Jr.*
                                      Charles S. Miller, Jr.
                                      United States Magistrate Judge